**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

_____

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** ) ) ) | Civil Action No. 3:15-cv-405 |
| Plaintiff, ) ) | JUDGE HICKS |
| v. ) ) | |
| **SCOTT ZERINGUE, JESSE ROBERTS, III, AND BILLY JOE ADCOX, JR.,** ) ) ) ) | MAGISTRATE JUDGE HAYES |
| Defendants. ) ) | |

_____)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

**COMES NOW** the Plaintiff, U.S. Securities and Exchange Commission ("Commission"), represented by undersigned counsel who provide the following notice:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Commission hereby voluntarily dismisses this action, without prejudice, against the defendants Jesse Roberts, III and Billy Joe Adcox, Jr.

Respectfully submitted,

DAVID C. JOSEPH
United States Attorney

BY: *s/ Karen J. King*
KAREN J. KING  (#23508)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana  70501
Telephone:  (337) 262-6618
Facsimile:  (337) 262-6693
Email:       karen.king@usdoj.gov